IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMIRO BAHENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 17 cv 8532 |
| vs. | ) | |
| | ) | JUDGE LEFKOW |
| CITY OF CHICAGO, et al. | ) | |
| | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENT TO PLAINTIFF'S MOTION TO COMPEL PREVIOUSLY FILED (DOCKET # 10)**

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois ▼

| | |
|---|---|
| Ramiro Bahena | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 17 cv 8532 |
| City of Chicago, et al. | ) |
| | ) (If the action is pending in another district, state where: ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ASA Suyon Flowers, Office of the State's Attorney of Cook County, 500 Richard J. Daley Center, Chicago, IL 60602 (via email at suyon.flowers@cookcountyil.gov)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:
A copy of the entire file, including, but not limited to, all blue back notes, internal memorandum, Felony Review Unit face sheets, folders, disposition sheets, and any other internal documents or memorandum in People v. Ramiro Bahena, case no. 12CR14983.

| Place: Law Offices of Jeffrey J. Neslund<br>20 N. Wacker Drive, Suite 3710<br>Chicago, IL 60606 | Date and Time:<br><br>02/12/2018 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ___01/10/2018___

*CLERK OF COURT*

OR

_____  ___/s/ Jeffrey J. Neslund_____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Plaintiff, Ramiro Bahena**, who issues or requests this subpoena, are:
Jeffrey J. Neslund, 20 N. Wacker Drive, Suite 3710, Chicago, IL 60606 - 312-223-1100;

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 17 cv 8532

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows:   via email at
suyon.flowers@cookcountyil.gov
on *(date)*   01/10/2018   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/20/2018

/s/ Jeffrey J. Neslund
*Server's signature*

Jeffrey J. Neslund, Attorney for Plaintiff
*Printed name and title*
20 N. Wacker Drive, Suite 3710
Chicago, IL 60606

*Server's address*

Additional information regarding attempted service, etc:

## Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).

Subject: Fw: Bahena-motion to compel ASA file
From: neslundlaw@yahoo.com
To: stephen.garcia@cookcountyil.gov
Cc: amee.alonso@comcast.net; robrobertson1@sbcglobal.net; lkowalczyk@querrey.com; mmonagha@querrey.com
Date: Friday, March 16, 2018, 3:50:33 PM CDT

Steve,
I recognize your office is very busy and understaffed. Nevertheless, the subpoena for the criminal file in this case was returnable January 12, 2018 and I have to explain to Judge Leftcow why nothing is getting done. Please advise a firm date when the criminal file will be ready next week or I will have to file the attached motion to compel.

Regards,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

*This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.*

----- Forwarded Message -----
From: Laura Coronado <lcoronado@lawmdr.com>
To: neslundlaw@yahoo.com <neslundlaw@yahoo.com>
Sent: Friday, March 16, 2018, 2:28:35 PM CDT
Subject: Bahena

Laura Coronado

Assistant to Jeffrey J. Neslund

Law Offices of Jeffrey J. Neslund

20 North Wacker Drive, Suite 3710

Chicago, IL 60606

(312) 223-1100

Fax: (312) 781-9123

lcoronado@lawmdr.com

www.lawmdr.com

This email may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this email. If you believe that you have received this email in error, immediately notify the Law Offices of Jeffrey J. Neslund at the phone number provided above and delete this email from your system.

 M-COMPEL.pdf
23kB

Subject: Bahena v. City, et al, case # 17 C-8532

From: neslundlaw@yahoo.com

To: stephen.garcia@cookcountyil.gov; amee.alonso@comcast.net; robrobertson1@sbcglobal.net; lkowalczyk@querrey.com; mmonaghan@querrey.com

Date: Friday, March 9, 2018, 4:12:23 PM CST

Steve,
Please advise when the State's file in *People v. Bahena*, 12 CR-14983, will be ready.

I can send a clerk over to pick up my copy.

Thanks,
Jeff

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.

Subject: Re: Bahena v. City of Chicago, 17C-8532
From: neslundlaw@yahoo.com
To: stephen.garcia@cookcountyil.gov
Cc: robrobertson1@sbcglobal.net; amee.alonso@comcast.net; lkowalczyk@querrey.com; mmonaghan@querrey.com
Date: Tuesday, February 27, 2018, 3:10:11 PM CST

Thanks for the update.

I'd like to lock in March dates for the Felony Review ASA's Jackie Kwilos and David Herrera.

How is March 19, 20 or 22nd for everyone?

Thanks,
Jeff

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

*This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.*

On Tuesday, February 27, 2018, 1:34:24 PM CST, STEPHEN GARCIA (States Attorney) <stephen.garcia@cookcountyil.gov> wrote:

Jeff,

We did get the file. will probably not be able to go through things to sort it all out until next week.

Regards,

Stephen L. Garcia
Assistant State's Attorney
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Tel: (312) 603-5475
Fax: (312) 603-3000
stephen.garcia@cookcountyil.gov

The information contained in this communication may be confidential and/or legally privileged, and is intended solely for viewing by, and the use of, the recipient(s) identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication, or any of

its contents, is not authorized by the sender. If you have received this communication in error, you are requested to return it to the sender immediately, and to delete the original message and any copy thereof from your computer system.

---

**From:** Jeff Neslund <neslundlaw@yahoo.com>
**Sent:** Monday, February 26, 2018 7:10:07 PM
**To:** STEPHEN GARCIA (States Attorney); Alonso Amee; Robert Robertson; Larry Kowalczyk; mmonaghan@querrey.com
**Subject:** Bahena v. City of Chicago, 17C-8532

Steve,

Per our conversation last week, please confirm you have the State's file, *People v. Bahena*, 12 CR-14983, and when we can expect production of the same.

Regards,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

*This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.*

Subject: Bahena v. City of Chicago, 17C-8532

From: neslundlaw@yahoo.com

To: stephen.garcia@cookcountyil.gov; amee.alonso@comcast.net; robrobertson1@sbcglobal.net; lkowalczyk@querrey.com; mmonaghan@querrey.com

Date: Monday, February 26, 2018, 7:10:08 PM CST

Steve,

Per our conversation last week, please confirm you have the State's file, *People v. Bahena*, 12 CR-14983, and when we can expect production of the same.

Regards,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

*This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.*

Subject: Re: Bahena v. City, 17 C-8532
From: neslundlaw@yahoo.com
To: stephen.garcia@cookcountyil.gov
Cc: robrobertson1@sbcglobal.net; amee.alonso@comcast.net
Date: Tuesday, February 13, 2018, 11:23:11 AM CST

Steve,
Please let me know what the status is on the ASA file and felony review assistants. Please see below.

Thanks,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.

On Wednesday, February 7, 2018, 4:14:44 PM CST, Jeff Neslund <neslundlaw@yahoo.com> wrote:

Hi Steve,
Any update on the criminal file and status of the felony review ASA's? If they're still in the office, we'd like to set up some deps for next month.

Thanks,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.

On Thursday, January 25, 2018, 10:33:02 AM CST, STEPHEN GARCIA (States Attorney) <stephen.garcia@cookcountyil.gov> wrote:

Jeff,

As I indicated when I phoned your office last week, I will need more time with regard to file in order to go through the materials previously produced once we get the file from storage. I will try to find out the status of the ASAs, but will be in a better position to talk next week. I am trying to get some filings done.

Regards,

Stephen L. Garcia
Assistant State's Attorney
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Tel: (312) 603-5475
Fax: (312) 603-3000
stephen.garcia@cookcountyil.gov

The information contained in this communication may be confidential and/or legally privileged, and is intended solely for viewing by, and the use of, the recipient(s) identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication, or any of its contents, is not authorized by the sender. If you have received this communication in error, you are requested to return it to the sender immediately, and to delete the original message and any copy thereof from your computer system.

**From:** Jeff Neslund <neslundlaw@yahoo.com>
**Sent:** Wednesday, January 24, 2018 11:45:21 AM
**To:** STEPHEN GARCIA (States Attorney)
**Cc:** Alonso Amee; Larry Kowalczyk; mmonaghan@querrey.com
**Subject:** Bahena v. City, 17 C-8532

Steve,

Per my voice mail, please advise on the status of the criminal file, People v. Bahena, 12 CR-14983 and the County's position on the privileges previously asserted in state court.

We were in front of Judge Leftcow last week and want to start scheduling depositions, but we need to resolve the production of the State's file.

Lastly, please advise if ASA's Jackie Kwilos and David Herrera are still employed by the State's Attorney's Office.

Regards,
Jeff Neslund

Subject: Re: Bahena v. City, 17 C-8532

From: neslundlaw@yahoo.com
To: stephen.garcia@cookcountyil.gov
Cc: robrobertson1@sbcglobal.net; amee.alonso@comcast.net
Date: Wednesday, February 7, 2018, 4:14:44 PM CST

Hi Steve,
Any update on the criminal file and status of the felony review ASA's? If they're still in the office, we'd like to set up some deps for next month.

Thanks,
Jeff Neslund

Law Offices of Jeffrey J. Neslund
20 N. Wacker Dr.
Suite 3710
Chicago, IL 60606
Tel: 312.223.1100
Fax: 312.781-9123

This e-mail may contain privileged and/or confidential information. If you are not the intended recipient, please do not read, distribute or reproduce this e-mail. If you have received this e-mail in error, please call our office at (312) 223-1100. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure it is virus-free. No responsibility is accepted by Law Offices of Jeffrey J. Neslund, for any loss or damage arising in any way from its use.

On Thursday, January 25, 2018, 10:33:02 AM CST, STEPHEN GARCIA (States Attorney) <stephen.garcia@cookcountyil.gov> wrote:

Jeff,

As I indicated when I phoned your office last week, I will need more time with regard to file in order to go through the materials previously produced once we get the file from storage. I will try to find out the status of the ASAs, but will be in a better position to talk next week. I am trying to get some filings done.

Regards,

Stephen L. Garcia
Assistant State's Attorney
Office of the Cook County State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
Tel: (312) 603-5475
Fax: (312) 603-3000
stephen.garcia@cookcountyil.gov

The information contained in this communication may be confidential and/or legally privileged, and is intended solely for viewing by, and the use of, the recipient(s) identified above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication, or any of

its contents, is not authorized by the sender. If you have received this communication in error, you are requested to return it to the sender immediately, and to delete the original message and any copy thereof from your computer system.

**From:** Jeff Neslund <neslundlaw@yahoo.com>
**Sent:** Wednesday, January 24, 2018 11:45:21 AM
**To:** STEPHEN GARCIA (States Attorney)
**Cc:** Alonso Amee; Larry Kowalczyk; mmonaghan@querrey.com
**Subject:** Bahena v. City, 17 C-8532

Steve,

Per my voice mail, please advise on the status of the criminal file, People v. Bahena, 12 CR-14983 and the County's position on the privileges previously asserted in state court.

We were in front of Judge Leftcow last week and want to start scheduling depositions, but we need to resolve the production of the State's file.

Lastly, please advise if ASA's Jackie Kwilos and David Herrera are still employed by the State's Attorney's Office.

Regards,
Jeff Neslund

Subject: Bahena v. City, 17 C-8532

From: neslundlaw@yahoo.com
To: stephen.garcia@cookcountyil.gov
Cc: amee.alonso@comcast.net; lkowalczyk@querrey.com; mmonaghan@querrey.com
Date: Wednesday, January 24, 2018, 11:45:22 AM CST

Steve,

Per my voice mail, please advise on the status of the criminal file, People v. Bahena, 12 CR-14983 and the County's position on the privileges previously asserted in state court.

We were in front of Judge Leftcow last week and want to start scheduling depositions, but we need to resolve the production of the State's file.

Lastly, please advise if ASA's Jackie Kwilos and David Herrera are still employed by the State's Attorney's Office.

Regards,
Jeff Neslund