# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ramiro Bahena.

Plaintiff,

v.

Detective M Kennedy, Detective H. Velasquez, Detective J. Morales, Detective J. Hillman.

Defendants.

Case No. 17 C 8532

Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff Ramiro Bahena
and against defendants Detective Hillman and Detective Morales on plaintiff's unlawful detention claim
in the amount of $1,175,000.00

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff shall recover costs from defendants.

☒ in favor of defendants Detective Velasquez and Detective Kennedy on plaintiff's unlawful detention claim. In favor of defendants Detective Hillman, Detective Morales, Detective Velasquez, and Detective Kennedy on plaintiff's malicious prosecution claim.
and against plaintiff Ramiro Bahena

Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan Humphrey Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge Joan Humphrey Lefkow without a jury and the above decision was reached.
☐ decided by Judge Joan Humphrey Lefkow

Date: 11/9/2021

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk